**Cara R. Burns (SBN: 137557)**
**Hicks, Mims, Kaplan & Burns**
**3250 Ocean Park Blvd, Suite 350**
**Santa Monica, California  90405**
**Telephone:     (310) 314-1721**
**Facsimile:      (310) 314-1725**
**cburns@hmkblawyers.com**

**Attorneys for Plaintiff,**
**F.E.A., INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.E.A., INC., | Case No.  2:11-CV-01562 JAM GGH |
| Plaintiff, | **ORDER FOR DISPOSITION OF SEIZED GOODS** |
| v. | |
| JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, | |
| Defendants. | |

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: July 20, 2012                        _/s/ JOHN A/ MENDEZ _____
At: 2:30 p.m.                                   **THE HONORABLE JOHN A. MENDEZ**
                                                         **UNITED STATES DISTRICT COURT**

Presented By:

_____
**Cara R. Burns (SBN: 137557)**
**Hicks, Mims, Kaplan & Burns**
**3250 Ocean Park Blvd, Suite 350**
**Santa Monica, California  90405**
**Tel:   (310) 314-1721;Fax: (310) 314-1725**
**cburns@hmkblawyers.com**